# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

2017 JUN 22 AM 8:59

United States of America

v.

ALEXANDER SAMUEL SMITH
a/k/a "Amir Alexander"

*Defendant*

)
)
)
)
)
)
)

Case No. 3:17cr182-MOC

**FILED**
**CHARLOTTE, NC**

JUN 3 0 2017

**US District Court**
**Western District of NC**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ALEXANDER SAMUEL SMITH a/k/a "Amir Alexander"                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 1001(a)(2): Description
False Statement to an Agency of the United States

Date:  6/21/17

City and state:  **CHARLOTTE, NORTH CAROLINA**

_____
*Issuing officer's signature*

**FRANK G. JOHNS, CLERK OF COURT**

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/22/2017 , and the person was arrested on *(date)* 6/29/17 at *(city and state)* Waxhaw, NC . |
| Date: 6/29/17 |

_____
*Arresting officer's signature*

Addison Friedman, FBI JTTF TFO
*Printed name and title*