UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>(1) ALEXANDER SAMUEL SMITH, )<br>    a/k/a "Amir Alexander" )<br>)<br>_____ ) | Case No.: 3:17-cr-182-MOC |

## UNITED STATES' NOTICE OF INTENT TO WITHDRAW FROM OPEN-FILE DISCOVERY

The United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, hereby gives notice that the Government does not intend to provide the defendant with discovery in this case pursuant to the typical expanded discovery policy applicable in this District. Alternatively, the Government proposes to make available in discovery to the defendant, upon request, those documents to which the defendant is entitled under Federal Rule of Criminal Procedure 16. The Government also proposes to make Jencks Act, *Giglio*, and *Brady* material available to the defendant as required by law.

Respectfully submitted this, the 18th day of July, 2017.

                                                        JILL WESTMORELAND ROSE
                                                        UNITED STATES ATTORNEY

                                                        /s/ Casey T. Arrowood
                                                        Casey T. Arrowood
                                                        Assistant U.S. Attorney
                                                        Bar: District of Columbia #996381
                                                        Attorney for the Plaintiff/Government
                                                        United States Attorney's Office
                                                        227 West Trade Street, Suite 1650
                                                        Charlotte, NC 28202
                                                        (704) 338-3108
                                                        (704) 227-0258 fax

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, the foregoing *United States' Notice of Intent to Withdraw from Open-File Discovery* was duly served upon defendant's attorney of record through the electronic filing system of the United States District Court for the Western District of North Carolina, as follows:

Kevin Tate
Federal Defenders of Western NC
Kevin_Tate@fd.org

/s/ Casey T. Arrowood
Casey T. Arrowood
Assistant United States Attorney