UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:17-cr-182-MOC |
| | ) | |
| | ) | Filed with the Classified |
| | ) | Information Security |
| v. | ) | Officer, <u>In Camera</u>, |
| | ) | <u>Ex Parte</u>, Under Seal |
| | ) | |
| ALEXANDER SAMUEL SMITH | ) | |
| a/k/a "Amir Alexander" | ) | |
| | ) | |

**PROPOSED UNCLASSIFIED ORDER**

The Court, having considered the <u>in camera</u>, <u>ex parte</u>, and <u>sealed</u> motion of the United States of America filed pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(D)(1) hereby ORDERS that

    (i)    The motion is GRANTED; and

    (ii)   The entire text of the government's motion, all the accompanying exhibits, and the classified order of this Court shall not be disclosed to the defense or the public and shall be sealed and preserved in the records of the Court to be made available to the appellate court in the event of an appeal.

_____
THE HONORABLE MAX O. COGBURN