UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.   )<br>)<br>ALEXANDER SAMUEL SMITH, )<br>a/k/a "Amir Alexander" )<br>)<br>_____ ) | DOCKET NO. 3:17-cr-182- MOC |

## NOTICE OF FILING

The United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, hereby gives notice that it has filed, *in camera* and under seal, a classified *ex parte* motion titled, "Government's Second Motion for a Protective Order Pursuant to CIPA Section 4 and Federal Rule of Criminal Procedure 16(D)(1)" with the Classified Information Security Officer.

Respectfully submitted this, the 13th day of August, 2018.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/s/ Casey T. Arrowood
Casey T. Arrowood
Assistant U.S. Attorney
Bar: District of Columbia #996381
Attorney for the Plaintiff/Government
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 338-3108
(704) 227-0258 fax

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of August 2018, the foregoing Notice of Filing was duly served upon counsel for the defendant by electronic notification from the Court to Anthony Martinez, Anthony_Martinez@fd.org; and Kevin Tate, Kevin_Tate@fd.org.

/s/ Casey T. Arrowood
Casey T. Arrowood
Assistant United States Attorney
