IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:17CR182-MOC |
| v. | ) | |
| | ) | **GOVERNMENT'S EXHIBIT LIST** |
| ALEXANDER SAMUEL SMITH | ) | |
| a/k/a "Amir Alexander" | ) | |

| EXH | DESCRIPTION & REMARKS | ID | REC'D | WITNESS |
|---|---|---|---|---|
| 1 | Text message from Smith to Abu Khalid dated 7/14/14 | | | |
| 2 | Text message from smith to Abu Khalid dated 7/14/14 | | | |
| 3 | CD (audio) recorded phone call on 8/6/14 | | | |
| 3A | Call (audio) recorded phone call on 8/6/14 | | | |
| 3A1 | Transcript of recorded phone call on 8/6/14 | | | |
| 4 | CD (audio) recorded meeting on 8/7/14 in Carey, NC | | | |
| 4A | Call from recorded meeting on 8/7/14 in Carey, NC | | | |
| 4A1 | Transcript of recorded meeting on 8/7/14 in Carey, NC | | | |
| 5 | CD (audio) recorded meeting on 8/20/14 in Charlotte, NC | | | |
| 5A | Call from recorded meeting on 8/20/14 in Charlotte, NC | | | |
| 5A1 | Transcript of recorded meeting on 8/20/14 in Charlotte, NC | | | |
| 6 | CD (video) recorded meeting on 11/11/14 | | | |
| 6A | Clip #1 from recorded meeting on 11/11/14 | | | |
| 6A1 | Transcript of Clip#1 from recorded meeting on 11/11/14 | | | |
| 6B | Clip #2 from recorded meeting on 11/11/14 | | | |
| 6B1 | Transcript of Clip#1 from recorded meeting on 11/11/14 | | | |

| | | | | |
|---|---|---|---|---|
| 6C | Clip #3 from recorded meeting on 11/11/14 | | | |
| 6C1 | Transcript of Clip #3 from recorded meeting on 11/11/14 | | | |
| 7 | CD (audio) recording of meeting on 11/19/14 | | | |
| 7A | Clip # 1 from recording of meeting on 11/19/14 | | | |
| 7A1 | Transcript of Clip # 1 from recorded meeting on 11/19/14 | | | |
| 7B | Clip # 2 from recording of meeting on 11/19/14 | | | |
| 7B1 | Transcript of Clip # 2 from recorded meeting on 11/19/14 | | | |
| 8 | CD (video) recording of meeting (Skype and Text) on 3/18/15 | | | |
| 8A | Call from recorded meeting (Skype and Text) on 3/18/15 | | | |
| 8A1 | Transcript of recorded meeting (Skype and Text) on 3/18/15 | | | |
| 9 | Text Messages (transcribed from video screenshots of mobile phone)  (3/18/15 – 3/20/15) | | | |
| 10 | CD (audio) recording of meeting on 3/20/15 | | | |
| 10A | Call from recorded meeting on 3/20/15 | | | |
| 10A1 | Transcript of recorded meeting on 3/20/15 | | | |
| 11 | Email from Defendant to Abu Khalid w/ ticket dated 3/20/15 | | | |
| 12 | U.S. Airways Docs. Flight itinerary Tampa/Charlotte/Buffalo | | | |
| 12a | 902(11) Certification for US Airways | | | |
| 12b | U.S. Airways Reservations | | | |
| 12c | U.S. Airways Employee Profile page | | | |
| 12d | U.S. Airways Employee Travel Id. | | | |
| 12e | U.S. Airway Ticket Screen Hilal 3-21-2015 | | | |
| 12f | U.S. Airways Ticket Screen 3-23-2015 | | | |
| 12g | U.S. Airways Employee Travel Guide, §§ 01-05, 02-06 | | | |

| | | | | |
|---|---|---|---|---|
| 13 | Email from Smith to Abu Khalid re: status of flyer dated 3/22/15 | | | |
| 14 | Email from Abu Khalid to Smith dated 3/31/15 | | | |
| 15 | Email from Smith to Abu Khalid dated 4/11/15 | | | |
| 16 | CD of Smith Interview at FBI on 2/16/16 | | | |
| 16A | Video of Smith FBI Interview | | | |
| 16A1 | Clip #1 from Smith's Interview (1:23:42 to 2:30:32) | | | |
| 16A2 | Clip #2 from Smith's Interview (2:30:47 to 2:34:41) | | | |
| 16A3 | Clip #3 from Smith's Interview (2:43:40 to 2:44:01) | | | |
| 16A4 | Clip #4 from Smith's Interview (2:48:55 to 2:51:25) | | | |
| 16A5 | Clip #5 from Smith's Interview (2:55:03 to 2:58:00) | | | |
| 17 | Curriculum Vitae Dr. Bruce Hoffman | | | |
| 18 | Dr. Hoffman Report on ISIS | | | |
| 19 | Map of ISIS Control in Syria and Iraq (2014-2016) | | | |
| 20 | ISIS Encryption Methods | | | |
| 21 | ISIS 2015 Pamphlet "Hijrah to the Islamic State" | | | |
| 22 | Map of ISIS Territory Lost Since 2015 | | | |
| 23 | ISIS Flag | | | |
| | | | | |
| | | | | |

The government reserves the right to add additional exhibits other than those listed herein as may be referred to in the government's case file or as may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

RESPECTFULLY SUBMITTED, this 15th day of March, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

s/ Michael E. Savage
North Carolina Bar Number 33159
mike.savage2@usdoj.gov
Assistant United States Attorneys
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28211
704/344-6222 (Office)
704/227-0197 (Fax)
Mike.Savage2@usdoj.gov

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 15 March 2019, the foregoing was duly served upon counsel for the defendants by electronic notification from the Court using the CM/ECF System which will transmit notification of such filing to all Counsel of Record, including:

    Kevin A. Tate, Esq.

                                          *//s// Michael E. Savage*
                                          Assistant United States Attorney