# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER SAMUEL SMITH, <br><br> Defendant. | 3:17-CR-00182-MOC-DSC-1 <br><br> **Defendant's Proposed Jury Instruction** |

Defendant Alexander Smith submits his proposed jury instruction, a copy of which was provided to the Court during this morning's proceedings.[1]

Respectfully submitted,

*/s/ Kevin A. Tate*
Kevin A. Tate
NC Bar No. 38548
Senior Litigation Counsel
Federal Public Defenders Office for the
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: kevin_tate@fd.org

***Counsel for Alexander Samuel Smith***

Dated: March 21, 2019

---

[1] Per the Court's directive, Mr. Smith is filing this requested instruction to preserve the record. that