UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-00182-MOC-DSC

FILED
CHARLOTTE, NC

MAR 21 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **VERDICT** |
| ) | |
| **ALEXANDER SAMUEL SMITH, a/k/a Amir Alexander,** ) | |
| Defendant. ) | |

1. As to Count One of the Bill of Indictment, we find the defendant **ALEXANDER SAMUEL SMITH**

    __X__ GUILTY     _____ NOT GUILTY.

   *(If your answer to question 1 was guilty, answer question 1(a), and then answer question 2. If your answer to question 1 was not guilty, do not answer 1(a), but proceed and answer question 2.)*

   **1(A).** Did the offense involve international terrorism?

    __X__ YES     _____ NO

2. As to Count Two of the Bill of Indictment, we find the defendant **ALEXANDER SAMUEL SMITH**

    __X__ GUILTY     _____ NOT GUILTY.

   *(If your answer to question 2 was guilty, answer question 2(a). If your answer to question 2 was not guilty, do not answer 2(a).)*

1

**2(A).** Did the offense involve international terrorism?

    __X__ YES                 _____ NO

**So say we all,**

**This** __21__ **day of March, 2019.**