UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-182-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Vs. ) | ORDER |
| ALEXANDER SAMUEL SMITH, ) | |
| a/k/a "Amir Alexander" ) | |

**THIS MATTER** is before the court on defendant's Motion for Reconsideration of Release Pending Sentencing. (Doc. No. 84). For the reasons set forth in the Government's brief in opposition to the motion, defendant's motion is denied.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Reconsideration of Release Pending Sentencing, (Doc. No. 84) is **DENIED**.

Signed: May 9, 2019

Max O. Cogburn Jr
United States District Judge