UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:17-CR-00182-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **ALEXANDER SAMUEL SMITH,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's Unopposed Motion to Allow Rule 16 Expert Testimony by Video, Doc. No. 103. Finding good cause for the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Allow Rule 16 Expert Testimony by Video, Doc. No. 103, is **GRANTED**.

Signed: July 21, 2020

Max O. Cogburn Jr
United States District Judge