# Exhibit A

| ACCTRESP | BOOKERCD | GDLINEHI | GLMAX | GLMIN | SENTTOT0 | SENTYR | SOC_1HI | SOC_2HI | SOC_3HI | TERORHI | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -2 | 5 | 2J1.2 | 16 | 10 | 0.00 | 2012 | 0 | 0 | #NULL! | #NULL! | 2012 |
| -3 | 5 | 2J1.2 | 60 | 60 | 0.00 | 2013 | 0 | 0 | 0 | 18 | 2013 |
| -3 | 10 | 2J1.2 | 188 | 151 | 120.00 | 2013 | 0 | 0 | 0 | 18 | 2013 |
| 0 | 10 | 2J1.2 | 120 | 120 | 96.00 | 2013 | 0 | 3 | 0 | 15 | 2013 |
| 0 | 7 | 2J1.2 | 262 | 210 | 60.00 | 2014 | 0 | 0 | 2 | 16 | 2014 |
| -3 | 7 | 2J1.2 | 188 | 151 | 30.00 | 2015 | 0 | 0 | 0 | 18 | 2015 |
| -3 | 0 | 2J1.2 | 96 | 96 | 96.00 | 2016 | 12 | 0 | 0 | 6 | 2016 |
| -3 | 9 | 2J1.2 | 96 | 96 | 18.00 | 2016 | 0 | 0 | 0 | 18 | 2016 |
| -3 | 10 | 2J1.2 | 96 | 96 | 48.00 | 2016 | 0 | 0 | 0 | 18 | 2016 |
| -3 | 5 | 2J1.2 | 96 | 96 | 38.00 | 2017 | 0 | 0 | 0 | 18 | 2017 |
| -3 | 5 | 2J1.2 | 96 | 96 | 24.00 | 2017 | 0 | 0 | 0 | 18 | 2017 |

Glossary:

SENTTOT0: Total prison sentence in months, simple probation sentences and alt confinement include and counted as 0
GLMAX: Guideline range maximum, including trumping statutory minimums
GLMIN: Guideline range minimum, including trumping statutory minimums

TERORHI: Offense levels added for international terrorism for primary guideline calculation
SOC_1HI – SOC_18HI: Offense levels awarded under any specific offense adjustments (b)(1)-b(18) under primary sentencing guideline.