# Exhibit B

| Case | Facts | Sentence |
|---|---|---|
| *United States v. Soufian Amri*, No. 1:17-cr-50 (EDVA) | Guilty following trial. False statements to FBI about friend supporting ISIS and attempting to travel overseas. Also convicted on conspiracy and substantive counts for trying to persuade another witness to refrain from disclosing friend's ISIS affiliations. Terrorism adjustment applied. | 24 months |
| *United States v. Michael Queen*, 1:17-cr-50 (EDVA) | Guilty following trial. False statements to FBI about friend supporting ISIS and attempting to travel overseas. Terrorism adjustment applied. | 24 months |
| *US v. Abdul Khabir Wahid*, No. 2:17-cr-360 (Ariz) | Guilty following trial. Defendant made false statements and tampered with witness in investigation into ISIS-related attack in Texas. He lied about shooter's visit two days before the attack and told shooter's roommate not to talk to FBI or omit information regarding the shooter. Terrorism adjustment applied, because defendant's actions misdirected investigative assets and delayed investigation's progress, and failure to recover some evidence that was disposed in the interim. | 67 months |
| *US v. Bilal Abood*, No. 3:15-cr-256 (NDTX) | Thirty-eight year-old pled to lying to FBI about never pledging allegiance to the leader of ISIS, Abu Bakr al-Baghdadi. Without defense objection, applied terrorism adjustment. | 48 months |
| *US v. Fabjan Alameti*, No. 2:19-cr-13 (Mont.) | 20-year old pled to two counts of lying to FBI. First, he denied any affiliation or support for ISIS and then 10 months later again falsely denied about expressing a desire to travel and join ISIS, to hurt people with guns, or to hurt Americans. In conversations with FBI confidential source he considered conducting an attack on the US with potential targets of a government building, gay club, Jewish temple, or US Army recruiting center. Defendant had downloaded a manual for making bombs and shared a chart related to explosions with CHS. Defendant also engaged in shenanigans while being detained. Government objected to exclusion of terrorism adjustment, but after speaking with DC officials, withdrew its objection. | 57 months |
| *United States v. Marchello McCain*, No. 3:15-cr-174 (S.D. Ca) | Pled guilty to lying to FBI about knowledge of his brother's plan to travel to Syria and fight with ISIS and how the brother purchased an airline ticket to Turkey. Agents were investigating brother's death, because he was the first known American who died fighting for ISIS. Simultaneously sentenced to 120 months for being a felon, convicted of multiple crimes of violence, and in possession of a cache of firearms and body armor. Terrorism adjustment applied. | 96 months |

| Case | Description | Sentence |
|---|---|---|
| *United States v. Mohamad Saeed Kodaimati*, No. 3:15-cr-1298 (S.D.Ca) | Lied to FBI in two interviews including that he never worked/volunteered at a Sharia Court, did not know an ISIS member, and had never been involved in fighting or firing a weapon in Syria and second one was for denying communicating to Smith about Al-Nusrah and telling him that he was affiliated with Al-Nusrah in any manner. Sentencing materials were inaccessible, so terrorism adjustment unknown. | 96 months |
| *US v. Coffmann*, No. 3:15-cr-16 (EDVA) | Plea to false statements involving international terrorism, where the Defendant falsely denied speaking to anyone who supported ISIS when she connected an individual to ISIS fighters, who then facilitated his travel to Turkey to join ISIS.<br>No terrorism adjustment applied | 54 months |
| *US v. Abdul Raheem Habil Ali-Skelton*, No. 0:16-cr-77 (Minn.) | Defendant, 22-year-old, pled to false statements about the existence and duration of his communications with Syria-based members of ISIL and use of social media to engage in those communications. Parties agreed that terrorism adjustment applied. | 38 months |
| *United States v. Portorreal*, No. 1:16-cr-210 (EDVA) | Seventeen-year-old tried as an adult for lying about assisting a friend with traveling to Turkey to join ISIS. Parties agreed to probation in an 11(c)(1)(C) plea agreement. | 60 months probation |
| *US v. Mohammed Hasnain Ali*, No. 4:17-cr-86 (EDTX) | Father lied to FBI about his sons' travels and joining ISIS. Entered into an 11(c)(1)(C) plea agreement. | 366 days |
| *US v. Sumaiya Ali*, No. 4:17-cr-86 (EDTX) | Mother lied to FBI about her sons' whereabouts and affiliation with ISIS. Entered into an 11(c)(1)(C) plea agreement. | 30 months |
| *US v. Greene*, No. 14-cr-230 (D.C.) | False statements involving international terrorism. FBI contract linguist submitted false travel form indicating she was going to Germany to visit family, when she actually traveled to Syria and married an ISIS member whose investigation she was working on.<br>Plea, no terrorism adjustment, received 5K departure | 24 months |
| *United States v. Masoud Khan*, No. 1:19-cr-00007 (D.C.) | Pled guilty and was given a § 5K departure for assistance. Defendant lied to FBI about sending money and messages to terrorism propagandist in Jamaica who supported ISIS.<br>Terrorism adjustment was not applied. | 20 months |